Argued and submitted October 15; in Case No. 15CR57801, finding of contempt on Count 1 reversed, otherwise affirmed; in Case No. 15CR57798, affirmed November 14, 2019; petition for review denied January 30, 2020 (366 Or 135)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

WILLIAM DAVID McRAE,
aka William D. McRae,
aka William David McRae, Jr.,
*Defendant-Appellant.*

Multnomah County Circuit Court
15CR57798, 15CR57801;
A165510 (Control), A165513

451 P3d 1046

Kathryn L. Villa-Smith, Judge.

Stacy M. Du Clos, Deputy Public Defender, argued the cause for appellant. Also on the brief was Ernest G. Lannet, Chief Defender, Criminal Appellate Section, Office of Public Defense Services.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. On the brief were Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Julia Glick, Assistant Attorney General.

Before DeHoog, Presiding Judge, Mooney, Judge, and Hadlock, Judge pro tempore.

PER CURIAM

In Case No. 15CR57801, finding of contempt on Count 1 reversed; otherwise affirmed. In Case No. 15CR57798, affirmed.

**PER CURIAM**

In these consolidated cases, defendant challenges his conviction for second-degree criminal mischief in one case and the court's finding of contempt on Count 1 in the other case. We reject without discussion defendant's challenge to his second-degree criminal mischief conviction. With respect to Count 1 in the contempt case, the state concedes that the record does not support the court's finding of contempt on that charge. We agree with and accept the state's concession that the trial court erred in finding defendant in contempt on Count 1.

In Case No. 15CR57801, finding of contempt on Count 1 reversed; otherwise affirmed. In Case No. 15CR57798, affirmed.